FILED

JUL 27 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Seth Sharrock Webb, MO 505666
Brown & Crouppen, P.C.
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-3395
swebb@brownandcrouppen.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-1738 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Jackie Collins,<br><br>            Plaintiff<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>            Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to all parties with each side

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

bearing their own attorneys' fees and costs.

DATED: 4/30, 2010    By: /s/ signature

BROWN & CROUPPEN, P.C.
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216

*Attorneys for Plaintiffs*

DATED: 6/14, 2010    By: /s/ signature

KELLY, HOCKEL & KLEIN, P.C.
One Sansome Street, Suite 1800
San Francisco, CA 94104
Telephone: 415-951-0535

*Attorneys for Walgreen Company*

DATED: June 14, 2010    By: /s/ signature

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: July 26, 2010    /s/ signature

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE